[No. 48717-9-II. Division Two. May 2, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. BRYAN WADE MACKER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 15-1-03018-5, James R. Orlando, J., entered February 19, 2016. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Bjorgen, C.J., and Lee, J.

[No. 48771-3-II. Division Two. May 2, 2017.]

*In the Matter of the Detention of* PATRICK BRYAN TRUXILLO.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 14-2-00874-7, F. Mark McCauley, J., entered February 11, 2016. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Johanson and Sutton, JJ.

[No. 48780-2-II. Division Two. May 2, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. BENJAMIN ROBERT KROGNESS, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 15-1-00228-1, Richard L. Brosey, J., entered July 1, 2015. *Reversed* and *remanded with instructions* by unpublished opinion per Johanson, J., concurred in by Melnick and Sutton, JJ.

[No. 48842-6-II. Division Two. May 2, 2017.]

THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*, v. DOUG KRISTENSEN ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Thurston County, No. 15-2-01019-8, Anne Hirsch, J., entered March 25, 2016. *Reversed* and *remanded* by unpublished opinion per Sutton, J., concurred in by Worswick and Johanson, JJ.